**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA (TAMPA DIVISION)**

**CASE NO.: 8:21-CV-01174-VMC-CPT**

IRMA PERDOMO,

                                                  Plaintiff,

- against -

TK ELEVATOR CORPORATION /aka/
THYSSEN ELEVATOR COMPANY /aka/
THYSSENKRUPP ELEVATOR CORPORATION,

                                                  Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF THE DISPOSITIVE MOTIONS DEADLINE**

      Defendant TK Elevator Corporation moves for a brief extension of time for the parties to file dispositive motions and states:

      1.     Pursuant to the Case Management and Scheduling Order, ECF No. 12 (Jul. 1, 2021) dispositive motions are due by March 16, 2022, and trial is scheduled to start on August 1, 2022.

      2.     Defense counsel respectfully requests that the Court extend the deadline for the submission of summary judgment motions to March 25, 2022 in order to accommodate an issue that is impacting his childcare for his newborn and toddler. The extension will not impact the trial date or other pre-trial deadlines contained in the Case Management and Scheduling Order.

3. Defendant seeks this enlargement of time before the expiration of the time in which it is required to submit its dispositive motion and has shown good cause for the enlargement. *See* Fed. R. Civ. P. (6)(b) (authorizing extensions of time for good cause if the extension is requested before the current deadline expires).

4. This extension of time is sought in good faith and not for purposes of improper delay. The requested extension of time will not delay the trial of this matter and no party will be prejudiced if it is granted.

5. For these reasons, Defendant respectfully requests the entry of an order extending the deadline for submission of summary judgment motions to March 25, 2022.

## Compliance with Local Rule 3.01(g)

Undersigned counsel for the Defendant certifies that counsel for the parties have met and conferred and counsel for the Plaintiff agrees to the relief requested.

Date: March 9, 2022

Respectfully submitted,

By: /s/ *Garrett S. Kamen*
Garrett S. Kamen (Fla. Bar No. 125854)
Cathy M. Stutin (Fla. Bar No. 0865011)
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard, Suite 800
Fort Lauderdale, Florida 33301
Phone: (954) 525-4800
Facsimile: (954) 525-8739
cstutin@fisherphillips.com
gkamen@fisherphillips.com

*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system on **March 9, 2022** and that a true and correct copy of the foregoing document has been provided to all counsel of record or unrepresented parties on the service list below by the method indicated.

/s/ Garrett S. Kamen
GARRETT S. KAMEN

## **Service List**

Derek P. Usman
THE USMAN LAW FIRM, P.A.
20701 Bruce B. Downs Boulevard, Suite 207
Tampa, Florida 33647
Telephone: (813) 377-1197
Facsimile: (312) 528-7684
derek@usmanfirm.com

*Attorneys for Plaintiff*

(*By CM/ECF*)